IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT WILLIAMS, *also known as*  \*
MICHAEL MILLER

                                                \*         Civil No. CCB-19-33

v.

                                                \*

WEXFORD HEALTH SOURCES, INC., *et al.*

                                      \*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

The motion to dismiss filed by defendant Maryland Department of Public Safety and Correctional Services ("DPSCS") has been reviewed together with the plaintiff's response and the defendant's reply. Because the DPSCS, as an agency or department of the State, is entitled to Eleventh Amendment immunity from suit in federal court, the motion (ECF No. 12) is hereby Granted. All claims against the DPSCS are Dismissed without prejudice.

So Ordered this 2d day of May, 2019.

                                                                           _/s/ CCB_____
                                                                           Catherine C. Blake
                                                                           United States District Judge